```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                    :
GREGORY LIONS,                         :
                                                    :
                                   Plaintiff,    :             1:24-cv-7181-GHW
                                                    :
                                     -v-                 :                     <u>ORDER</u>
                                                    :
NEW YORK STATE OFFICE OF CHILD         :
SUPPORT ENFORCEMENT, *and* HUMAN     :
RESOURCES ADMINISTRATION,               :
                                                    :
                                                    :
                                   Defendants.   :
                                                    :
------------------------------------------------------------------ X
GREGORY H. WOODS, United States District Judge:

       Plaintiff Gregory Lions filed this action *pro se* on September 27, 2024. *See id.* On January 10, 2025, the Court issued an order of dismissal that granted Plaintiff leave to replead. Dkt. No. 4. The deadline for Plaintiff to file any amended complaint was February 9, 2025. The Court's January 10, 2025 order instructed: "If Plaintiff does not file an amended complaint within the time allowed, the Court will direct the Clerk of Court to enter a judgment dismissing this action for the reasons set forth in this order." *Id.* The deadline for Plaintiff to file his amended complaint has passed and he has not done so. Consequently, the case is dismissed without prejudice.

       The Clerk of Court is directed to enter judgment in favor of Defendants, to close the case, and to mail a copy of this order and the judgment to Plaintiff.

       SO ORDERED.

Dated: March 3, 2025
       New York, New York
                                                                     _____
                                                                            GREGORY H. WOODS
                                                                    United States District Judge