UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GREGORY LIONS,

                        Plaintiff,

      -against-                                              24 **CIVIL** 7181 (GHW)

## **JUDGMENT**

NEW YORK STATE OFFICE OF CHILD
SUPPORT ENFORCEMENT, and HUMAN
RESOURCES ADMINISTRATION,

                        Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 3, 2025, Plaintiff Gregory Lions filed this action pro se on September 27, 2024. See id. On January 10, 2025, the Court issued an order of dismissal that granted Plaintiff leave to replead. Dkt. No. 4. The deadline for Plaintiff to file any amended complaint was February 9, 2025. The Court's January 10, 2025 order instructed: "If Plaintiff does not file an amended complaint within the time allowed, the Court will direct the Clerk of Court to enter a judgment dismissing this action for the reasons set forth in this order." Id. The deadline for Plaintiff to file his amended complaint has passed and he has not done so. Consequently, the case is dismissed without prejudice. Judgment is entered in favor of Defendants; accordingly, the case is closed.

**Dated:**  New York, New York

       March 4, 2025

                                                           **TAMMI M. HELLWIG**
                                                                        **Clerk of Court**

                                         **BY:**                     *K. Mango*
                                                                          **Deputy Clerk**