```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
GREGORY LIONS,                                                 :
:
                           Plaintiff,   :   1:24-cv-7181-GHW
:
        -v-                                                    :   <u>ORDER</u>
:
NEW YORK STATE OFFICE OF CHILD                                 :
SUPPORT ENFORCEMENT, *and* HUMAN                               :
RESOURCES ADMINISTRATION,                                      :
:
:
                         Defendants.  :
:
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      Plaintiff Gregory Lions, who appears *pro se*, has requested "a refund of the $405 fee that I paid for a hearing in [this] court." Dkt. No. 7. "The law is well-settled that once payment of the filing fee has been collected, it cannot be waived or refunded, regardless of the outcome of the action." *Ball v. Goldfar*, 2020 WL 474448, at *2, n.2 (N.D.N.Y. Jan. 28, 2020) (Sharpe, J.) (citing *Goins v. DeCaro*, 241 F.3d 260, 262 (2d Cir. 2001) (incarcerated person who withdraws his appeal is not entitled to a refund of the filing fee paid or a cancellation of the remaining indebtedness)). Accordingly, Plaintiff's request for the Clerk of Court to issue a refund is denied.

      The Clerk of Court is directed to mail a copy of this order to Plaintiff.

      SO ORDERED.

Dated: May 6, 2025
       New York, New York

                                            GREGORY H. WOODS
                                        United States District Judge